<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1528**

———————

HAMPTON J. YOW,

                                        Plaintiff - Appellant,

        versus

LARRY J. MASSANARI, ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CA-99-665-1)

———————

Submitted:  September 13, 2001       Decided:  October 22, 2001

———————

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

J. Kevin Morton, Winston-Salem, North Carolina, for Appellant. Stuart E. Schiffer, Assistant Attorney General, Benjamin H. White, Jr., United States Attorney, Mary Ann Sloan, Regional Chief Counsel, Dennis R. Williams, Deputy Regional Chief Counsel, Aileen Hammond, Assistant Regional Counsel, James M. Flournoy, Assistant Regional Counsel, Office of the General Counsel, Region IV, SOCIAL SECURITY ADMINISTRATION, Atlanta, Georgia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hampton Yow appeals the district court's order that, based upon a report and recommendation of a magistrate judge, upheld the Administrative Law Judge's (ALJ) denial of his claim for a period of disability and disability insurance benefits. Yow applied for Social Security Disability and Supplemental Security Income (SSI) benefits.

We must uphold the decision to deny disability insurance benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C.A. § 405(g) (West Supp. 2001); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court and the magistrate judge.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED